No. 79–5627. SANDERS ET AL. *v.* TARBUTTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–5628. TEPLITSKY *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–5630. CHIARELLO *v.* CHAIRMAN OF THE NEW YORK STATE PAROLE BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–5633. TAMI ET UX. *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 79–5636. GAINES *v.* MERCHANTS NATIONAL BANK & TRUST COMPANY OF INDIANAPOLIS. C. A. 7th Cir. Certiorari denied.

No. 79–5637. FALES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–5638. SINCLAIR *v.* BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 79–5640. THOMAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5646. ESHAM *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5651. YOPP *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–5654. CERVANTES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–5656. RODRIGUEZ *v.* SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 1st Cir. Certiorari denied.

No. 79–5658. SCRUGGS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.